United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIMAX ELECTRONICS LTD.,

        Plaintiff,

    v.

KYE SYSTEMS AMERICA CORP.,

        Defendant.
_____/

No. C 09-00273 CRB

**ORDER**

Now pending before the Court is the motion of defendant Kye Systems America Corporation to transfer venue to the Central District of California.  After carefully considering the papers and evidence filed by the parties, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and GRANTS defendant's motion.  Pursuant to 28 U.S.C. section 1404(a) the Court finds that it is in the interests of justice to transfer this action to the Central District of California.

**IT IS SO ORDERED.**

Dated: April 17, 2009

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\0273\orderoftransfer.wpd

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28